DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**STANLEY BROWN,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D19-3883

[February 13, 2020]

Appeal of order denying rule 3.800 motion from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Bernard I. Bober, Judge; L.T. Case Nos. 07-018605CF10A, 07-020600CF10A and 08-002323CF10A.

Stanley Brown, Punta Gorda, pro se.

No appearance required for the appellee.

PER CURIAM.

*Affirmed.*

DAMOORGIAN, GERBER and KUNTZ, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***